# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ALCARAZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:18-cv-02636-H-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 21] |

On January 30, 2020, Plaintiff Danielle Alcaraz and Defendant BMW of North America, LLC, (referenced together herein as "the Parties") have filed a joint motion to dismiss this entire action with prejudice. (Doc. No. 21.) The Parties have shown good cause for their request. Accordingly, the Court grants the Parties' joint motion and dismisses the case with prejudice. Each party shall bear their own attorneys' fees and costs in this action.

**IT IS SO ORDERED.**

DATED: February 3, 2020

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1